# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_____PENSACOLA_____ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS
## UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

_FREDA Ann Coker_.

(Enter full name of Plaintiff(s))

vs.

CASE NO: _3:18cv62-LC-EMT_
(To be assigned by Clerk)

Wendell Hall  sheriff
Bob Johnson  sheriff
Tom Gunn  Lt
CORY ALVAREX  Dept
Deputee Dwayne Madden - Dept.

Jim Spencer
ED  Vincent - Sargent
CHRIS Watson - Major

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

**I. PLAINTIFF:**

State your <u>full name</u> and full mailing address in the lines below.

Name of Plaintiff: FREDA Ann Coker

Mailing address: 6837 Old West Lane

MILTON FL 32570

**II. DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Wendall Hall

Official position: Retired sheriff

Employed at: SRC.

Mailing address: MILTON FL

(2) Defendant's name: Bob Johnson

Official position: sheriff

Employed at: SRC sheriff office

Mailing address: MILTON FL

(3) Defendant's name: Tom Gunn

Official position: LT.

Employed at: SRC sheriff office

Mailing address: Milton FL

(4) Defendant's name: CORY ALVAREX

Official position: Deputy

Employed at: SRC sheriff office

Mailing address: MILTON FL

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

ED Vincent          Chris Watson          Jim Spencer          Dwayne
LE Sergi            Major                 Chief Deputy         madden
SRC sheriff office  Department of         SRC. sheriff         Det
milton FLa          admin.                of                   SRC sheriff
                    SRC sheriff office    milton               office
                    milton FL             FL                   milton
                                                               FL

## III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (**If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.**)

I have enclosed these article
I was not sure how to actually
word the situation that happen.

But if you would just get the
file from the sheriff office

S/# 16-041

you would better understand
these Bad people in sheriff office

and the offense Reports
so badly made of over

Thank you

Freda Ann Coker
6887 Old West Lane
Milton Fla 32570

3

## IV.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

_____

_____

_____

_____

_____

_____

_____

_____

## V.    RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

_____

_____

_____

_____

_____

_____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

_____                          _____

(Date)                                           (Signature of Plaintiff)

Revised 07/02

4

I am
72 yrs old



Ju
2





# Santa Rosa Sheriff's Office
## Sheriff Bob Johnson

Ruby J. Kelley
Legal Affairs
rkelley@srso.net
850/983-1207

January 9, 2017

Freda A. Coker
6837 Old West Lane
Milton, Florida 32570

RE: Investigation into Complaint
SI#: 16-041

Dear Ms. Coker:

A Supervisory Inquiry into your complaint has been concluded, with a finding of UNFOUNDED and no further action is required.

If you would like to obtain a copy you may do so pursuant to Florida Statute by contacting me at (850) 983-1207. The case number is SI 16-041, and the cost is 15¢ per page, plus postage.

If you have any questions or need additional information, please let me know.

Sincerely,
Bob Johnson, Sheriff

Ruby J. Kelley, Legal Affairs
Department of Administration

No Enclosures

SANTA ROSA COUNTY
SHERIFF'S OFFICE
P. O. BOX 7129
MILTON, FL 32572

# Santa Rosa County Sheriff's Office
*Sheriff Wendell Hall*



## WITNESS STATEMENT

Date: 8 / 10 / 16   Time (of statement): 11:30   Complaint #: 16 006131

Name: Freda Ann Coker   Date of Birth: 4-7-46   Race: W   Sex: F

Address: 6837 Old West Lane   City/State/Zip: 32570

Home #: (850)   Work #: ( — )   Cell/Pager #: ( )

Place of Birth: Cargo Fleet - Middle Brough - England   D/L #:

Height: 5-10   Weight: 130   Eye Color: Blue   Hair Color: White

Place of Employment: Retired   SSN (see note below): /

*The Santa Rosa County Sheriff's Office (SRCSO) is authorized by Florida Statute section 119.071 (5) (a) to request a Social Security Number (SSN) for the purpose of verification of identity and to prevent wrongful arrest. The information will remain confidential and will not be released to non-law enforcement agencies. I have been advised of and have read the above statement on the collection of my SSN (initials) _____.*

Name of Suspect(s) or Description(s): Connie Glover

PLEASE PRINT, IN YOUR WORDS, WHAT YOU SAW OR HEARD. INCLUDE DATE, TIME, AND LOCATION OF OFFENSE. IF THE SUSPECT IS KNOWN TO YOU, TELL HOW YOU KNOW HIM/HER. IF THERE WAS A VEHICLE INVOLVED, DESCRIBE THE VEHICLE IN DETAIL (MAKE, YEAR, COLOR, ETC.):

On July 4-16 - She copy of Report is wrong - Alvarez did not talk to me - Connie left my home and later returned - accusing me of theft - She was very irriate - I ask her to leave - so I called 911 she grab phone out of hand - threw on floor - than commence to beating me on my head (which I already had an cucustion from 4-16 fall out of wheelchair in Lovley - Fairhope hospital) caused by her - now she was beating me on my head to break open wound - than she trew her phone and hit me on my head also - and while in July she stole all my jewelry 12-18 thousand plus camera and other odds - sde say I was trying to be nice to get my jewelry back Alvarez did not talk to me

*Continuation Available on Back*

Affiant: Freda Ann Coker

Sworn to and subscribed before me this 10 Day of Aug , 20 16

Notary Public / Law Enforcement Officer _____

My Commission Expires: ___/___/___   FSS117.10

Form SRSO 03-178   #1215/18C   Revised: 07/21/2009



# Santa Rosa County Sheriff's Office
Sheriff Wendell Hall

## CITIZEN COMPLAINT REPORT

Nature of Complaint: _Dirty Deputies_    Date of Incident: _7-4-16_

Location of Incident: _6837  Old  WEST  LANE._

Member(s) Involved: _Jonathan Alvarez, Dwayne Madden, Thomas Gunn_

Complainant: _FREDA A. Coker_    Date of Birth: _4-7-1946_

Address _6837 Old WEST LANE_    Telephone #: _____
        _Milton  FL 32570_

Summary: _Deputies created stories to clear 1st Report_
_falsely stated FREDA had Dementia. never talked to FREDA_    (Fits)
_Took other People mouth Reports - Jewelry was stolen_
_Girl Admitted to having Connie — Home searched - no warrant_

I hereby swear and affirm that the above and all attached statements and/or documentation are true and correct to the best of my knowledge. I have fully read and understand the attached Florida State Statute § 112.533 regarding the Receipt and Processing of Complaints. Specifically, I acknowledge that until this investigation is completed, I am not to discuss my complaint with anyone other than the Deputy assigned to investigate my complaint or my legal representative.

Complainant's Signature: _Freda Ann Coker_

NOTARY PUBLIC
MISTY DAWN BROXSON
MY COMMISSION # FF 203980
EXPIRES: June 25, 2019
Bonded Thru Budget Notary Services
STATE OF FLORIDA

Sworn to and subscribed before me this
_18_ day of _November_ 20_16_.

_Misty Dawn Broxson_

Person Authorized to Administer Oath

## ADMINISTRATIVE INVESTIGATIONS DIVISION
11-18-16

Page _1_ of _22_  + 4 Pictures   Initials: _____

Deputies went to a lot of trouble
to falsefy Reports and from People who
are not arround Freda - self
I have Doctors - theepist - hospital Reports
nurses of these incidents and of my health.
I had stroke 02-15 hip implant 09-16
head concusion 04-16 Beatup 07-16 - and I live
alone. my left side is gone - I can not walk
my doctor says I may never
   This alvarez was more interested in Connie
and her stories of 7-4-16 - He never-d repeat - never
came in my home til d called 911 the 2nd time
And than was going to take me to jail for dialing 911
We seniors are told need help call 911 I needed help
He alvarez is a disgrace to the department and dumn a very ugly person
Senious need to know what the sheriff
department - how they regard seniors - all have dementia?
Santa Rosa County - I pay tax's for this treatment.
Please see attached Pages - Pictures - etc - PRAY I never need
Freda Ann Coker                                              Deputies Again

112.533 Receipt and processing of complaints.--

Freda An Coker
11-18-16

Page 9 of 34        Initials: _____



# Santa Rosa County Sheriff's Office
Sheriff Wendell Hall

## CITIZEN COMPLAINT REPORT

Nature of Complaint: _Dirty Deputies_    Date of Incident: _7-4-16_

Location of Incident: _6337 Old West Lane_

Member(s) Involved: _Jonathan Alvarez, Dwayne Madden, Thomas Gunn_

Complainant: _Freda A. Coker_    Date of Birth: _4-7-1946_

Address _6337 Old West Lane_    Telephone #: _____
_Milton Fla 32570_

Summary: _Deputies created stories to clear 1st Report_
_Fits_
_falsely stated Freda had Dementia. never talked to Freda_
_Took other People mouth Reports - Jewelry was stolen_
_Girl admitted to having Connie - Home searched - no warrant_

I hereby swear and affirm that the above and all attached statements and/or documentation are true and correct to the best of my knowledge. I have fully read and understand the attached Florida State Statute § 112.533 regarding the Receipt and Processing of Complaints. Specifically, I acknowledge that until this investigation is completed, I am not to discuss my complaint with anyone other than the Deputy assigned to investigate my complaint or my legal representative.

Complainant's Signature: _Freda Ann Coker_

NOTARY PUBLIC
MISTY DAWN BROXSON
MY COMMISSION # FF 203880
EXPIRES: June 25, 2019
Bonded Thru Budget Notary Services
STATE OF FLORIDA

Sworn to and subscribed before me this
_18_ day of _November_ 20_16_.

_Misty Dawn Broxson_
Person Authorized to Administer Oath

## ADMINISTRATIVE INVESTIGATIONS DIVISION
_11-18-16_

Page _1_ of _34_    _+ 4 Pictures_    Initials: _____

# WITNESS STATEMENT CONTINUATION

Date: 8 / 16 / 16    Time (of statement): 1130    Complaint #: _____

Name: Freda Ann Coker

and accused me of dementia

✗ I want warrant for her arrest for Premediated
       assult + battery with intent
       to murder. (2nd time)

✗ And Theft of property Jewelry
       12,000 - to 18,000.00

SANTA ROSA COUNTY
SHERIFF'S OFFICE
P.O. BOX 7129
MILTON  FL 3257

Affiant: Freda Ann Coker

Sworn to and subscribed before me this 10 Day of Aug    20 16

Notary Public / Law Enforcement Officer _Hett Cmman_
My Commission Expires: ___ / ___ / ___    FSS117.10

Form SRSO 03-178             Revised: 07 21 2009







TAMALES

FLAN

TAMALES

CHILE RELLENO

CEVICHE

Freda Coker
6837 Old West Ln.
Milton, Fl. 32570

CHECKED MAY 10 2018

U.S. District Court
100 North Palafox Street
Pensacola, Fla.,
32502